# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sharell Marshal

                        Plaintiff,

v.                                                        Case No.: 1:21−cv−00511

                                                                       Honorable John F. Kness

TrueAccord Corp.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 1, 2021:

      MINUTE entry before the Honorable John F. Kness: Due to a clerical error, the status hearing set for 9/29/2021 is stricken and reset for 10/22/2021 at 09:40 AM; the parties shall use the same call−in information [15]. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.